United States District Court
Southern District of Texas
**ENTERED**
October 20, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 7:21-cv-00310 |
| DFS FAMILY LIMITED PARTNERSHIP, | § § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered Atain Specialty Insurance Company's Notice of Dismissal with Prejudice. The Court, noting that Defendant DFS Family Limited Partnership has not filed an answer or responsive pleading in this matter, is of the opinion that this case should be dismissed with prejudice.

THEREFORE, it is ORDERED that all causes of action asserted in the above-styled and numbered case are hereby dismissed with prejudice, with costs to be taxed against the party incurring same.

DATED this 19th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE